IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

_____

GERTRUDE ZOLANDZ

                     Plaintiff,

                                                  Civil Action No. 6:09-CV-715

  vs.

SHOE SHOW INC., *d/b/a*
*The Shoe Dept.*
                     Defendant.

_____

APPEARANCES:                         OF COUNSEL:

FOR PLAINTIFF:
MURAD, MURAD LAW FIRM         FREDERICK W. MURAD, ESQ.
291 Genesee Street
Utica, NY 13501

FOR DEFENDANTS:
GETNICK, LIVINGSTON LAW FIRM    PATRICK G. RADEL, ESQ.
258 Genesee Street, Suite 401
Utica, NY 13502

CHAMBLEE, RYAN LAW FIRM        WILLIAM H. CHAMBLEE, ESQ.
2777 N. Stemmons Freeway          SARAH M. SCHECHTER, ESQ.
Suite 1157
Dallas, TX 75207

DAVID N. HURD
U.S. DISTRICT JUDGE

JUDGMENT DISMISSING ACTION
BASED UPON SETTLEMENT

      The parties have entered into an agreement in settlement of all

claims in this action, and that they reasonably anticipate finalizing their agreement shortly, following which this action will be discontinued, with prejudice, by stipulation pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.  Based upon this development, I find that it is not necessary for this action to remain on the court's active docket.

It is therefore hereby

ORDERED, as follows:

1) This action is dismissed, with prejudice, except as set forth below.

2) The court will retain complete jurisdiction to vacate this order and to reopen the action within three months from the date of this order upon cause shown that the settlement has not been completed and further litigation is necessary.

3) The Clerk shall forthwith serve copies of this judgment upon the parties and/or their attorneys appearing in this action by electronic means.

Dated: January 12, 2010
       Utica, New York

United States District Judge

2